FILED

11/16/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0452

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. OP 21-0452

---

PAUL LEE HAGLER,

     Petitioner,

  v.

PETE BLUDWORTH, WARDEN
Crossroads Correctional Center,

     Respondent.

---

## ORDER

---

Upon consideration of Respondent's motion for a 15-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondent is granted an extension of time to and including December 7, 2021, within which to prepare, serve, and file its response brief.

BG

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2021